UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

Robert Assing and Javier Rodriguez,

                                Plaintiffs,

-against-

Police Officer Wilson Gonzalez and John Does 1-10,

                                Defendant.

----------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14-cv-2516 (SLT)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Harvis, Wright, and Fett<br>*Attorney for Plaintiffs*<br>305 Broadway, 14th Floor<br>New York, NY 10007 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendant Gonzalez*<br>100 Church Street, Rm. 3-207<br>New York, New York 10007 |
| By: _____<br>Gabriel Harvis<br>*Attorney for Plaintiffs* | By: _____<br>Omar J. Siddiqi<br>*Assistant Corporation Counsel*<br><br>SO ORDERED: |
| Dated: New York, New York<br>           _____, 2014 | _____<br>HON. SANDRA L. TOWNES<br>UNITED STATES DISTRICT JUDGE |